UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YOURY G. GOMEZ, | ) Case No. CV 01-10216-CAS (AJW) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| DERRAL G. ADAMS, Warden, | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: May 15, 2008

Christina A. Snyder
United States District Judge